# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5185

September Term, 2024

1:25-cv-00804-BAH

**Filed On:** July 24, 2025

United States Institute of Peace, et al.,

     Appellees

     v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

     Appellants


**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, construed as a motion for en banc reconsideration of the court's June 27, 2025 order granting appellants' motion for a stay pending appeal, the response thereto, and the motion for leave to file a reply, it is

**ORDERED** that the motion for leave to file a reply be denied.  It is

**FURTHER ORDERED** that the motion for en banc reconsideration be denied.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                  Selena R. Gancasz
                  Deputy Clerk


*Circuit Judge Childs did not participate in this matter.